## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael J. Kates | CHAPTER 13 |
| Debtor(s) | |
| | |
| Toyota Motor Credit Corporation | |
| Movant | |
| vs. | NO. 16-15025 SR |
| | |
| Michael J. Kates | |
| Debtor(s) | |
| | |
| Frederick L. Reigle | 11 U.S.C. Section 362 |
| Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the papers filed in connection therewith, and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) so as to permit Movant, or its successor or assignee, to take possession of, and to sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2015 TOYOTA RAV4 having VIN#: 2T3DFREV6FW349449.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this          day of          , 2017.

_____

**STEPHEN RASLAVICH,** United States Bankruptcy Judge

cc: See attached service list

**Dated: September 13, 2017**

Michael J. Kates
1347 Downs Place
Philadelphia, PA 19116

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Polly A. Langdon
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532