IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michael J. Kates,<br>  Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC,<br>  Movant,<br>v.<br>Michael J. Kates,<br>  Debtor,<br><br>Frederick L. Reigle, Trustee,<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER<br>16-15025/JKF<br><br>11 U.S.C. § 362 |

**O R D E R**

  AND NOW, this __10th__ day of __November__, 2017, xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

  ORDERED xxxxxxxxxxxxx that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 1347 Downs Place, Philadelphia, PA 19116; and it is

  FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

            BY THE COURT:

            */s/ Jean K. FitzSimon*
            _____
            HONORABLE JEAN K. FITZSIMON
            UNITED STATES BANKRUPTCY JUDGE