**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MICHAEL KATES            :       CHAPTER 13
       Debtor            :       BANKRUPTCY NO. 16-15025


**ORDER**

Upon consideration of Debtor's Motion to Vacate the Order Granting Relief for

Nationstar Mortgage LLC, it is hereby **ORDERED** ~~and DECREED~~ that the Order of Relief

dated November 13, 2017 is hereby **VACATED** and the Automatic Stay Reinstated with respect

to Nationstar Mortgage LLC.   The Automatic Stay of Proceedings SHALL remain in full force

and effect until further Order of Court.


Dated: December 21, 2017


                       BY THE COURT:

                       _____
                       Judge Jean K. FitzSimon            J.