# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: MICHAEL KATES**      :      **CHAPTER 13**
            **Debtor**           :      **BANKRUPTCY NO. 16-15025**

## ORDER

Upon consideration of Debtor's Motion to Vacate the Order Granting Relief for Toyota Motor Credit Corporation, it is hereby **ORDERED** ~~and DECREED~~ that the Order of Relief dated September 13, 2017 is hereby **VACATED** and the Automatic Stay Reinstated with respect to Toyota Motor Credit Corporation**.**   The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

Dated: December 22, 2017

BY THE COURT:

_____
Judge Jean K. FitzSimon        kx