United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-15025-jkf
Michael J. Kates                                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi             Page 1 of 1           Date Rcvd: Dec 21, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
db             +Michael J. Kates,    1347 Downs Place,    Philadelphia, PA 19116-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
      KRISTEN D. LITTLE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
      MARIO J. HANYON    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      PAUL H. YOUNG    on behalf of Debtor Michael J. Kates support@ymalaw.com, ykaecf@gmail.com,
       paullawyers@gmail.com,pyoung@ymalaw.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                    TOTAL: 8

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL KATES          :     CHAPTER 13
        Debtor              :     BANKRUPTCY NO. 16-15025

## ORDER

Upon consideration of Debtor's Motion to Vacate the Order Granting Relief for Nationstar Mortgage LLC, it is hereby **ORDERED** and ~~DECREED~~ that the Order of Relief dated November 13, 2017 is hereby **VACATED** and the Automatic Stay Reinstated with respect to Nationstar Mortgage LLC. The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

Dated: December 21, 2017

BY THE COURT:

_____
Judge Jean K. FitzSimon          J.