United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael J. Kates  
      Debtor

Case No. 16-15025-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Dec 22, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.  
db            +Michael J. Kates,    1347 Downs Place,    Philadelphia, PA 19116-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2017 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com  
         KRISTEN D. LITTLE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com  
         MARIO J. HANYON    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation  
          bkgroup@kmllawgroup.com  
         PAUL H. YOUNG    on behalf of Debtor Michael J. Kates support@ymalaw.com,    ykaecf@gmail.com,  
          paullawyers@gmail.com,pyoung@ymalaw.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                          TOTAL: 8

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL KATES        :        CHAPTER 13
         Debtor        :        BANKRUPTCY NO. 16-15025

## ORDER

Upon consideration of Debtor's Motion to Vacate the Order Granting Relief for Toyota Motor Credit Corporation, it is hereby **ORDERED** ~~and DECREED~~ that the Order of Relief dated September 13, 2017 is hereby **VACATED** and the Automatic Stay Reinstated with respect to Toyota Motor Credit Corporation. The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

Dated: December 22, 2017

BY THE COURT:

_____
Judge Jean K. FitzSimon        Jxx