IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michael J. Kates,<br>　　　Debtor.<br>_____<br>Nationstar Mortgage LLC,<br>　　　Movant,<br>v.<br>Michael J. Kates,<br>　　　Debtor,<br><br>William Miller*R, Trustee,<br>　　Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>16-15025/JKF<br><br>11 U.S.C. § 362 |

**O R D E R**

　　　AND NOW, this _26th_____ day of __November_____, 2018, after notice to all required parties and certification of default under the terms of this Court's Order of February 26, 2018 it is

　　　ORDERED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 1347 Downs Place, Philadelphia, PA 19116; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

　　　FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE