# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: MICHAEL KATES** | **:** | **CHAPTER 13** |
| Debtor | **:** | **BANKRUPTCY NO. 16-15025** |

## ORDER

Upon consideration of Debtor's Motion to Vacate the Order Granting Relief for Nationstar Mortgage LLC, it is hereby **ORDERED** ~~and DECREED~~ that the Order of Relief (doc. no. 81), dated November 26, 2018 is hereby **VACATED** and the Automatic Stay Reinstated with respect to Nationstar Mortgage LLC**.**  The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

Dated: March 13, 2019

BY THE COURT:

_____ ~~xx~~

Judge Jean K. FitzSimon