| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-15025-AMC

MICHAEL J. KATES  
1347 DOWNS PLACE  
PHILADELPHIA  PA    19116

Petition Filed Date: 07/15/2016  
341 Hearing Date: 09/30/2016  
Confirmation Date: 04/26/2017

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $741.00 | 208400927867 | 03/05/2019 | $741.00 | 208400917164 | 04/09/2019 | $741.00 | 208551041677 |
| 04/17/2019 | $900.00 | 208400938152 | 05/07/2019 | $600.00 | 208400912214 | 06/03/2019 | $800.00 | Monthly Plan P |
| 07/09/2019 | $400.00 | 208780034100 | 07/25/2019 | $900.00 | 208780002827 | 08/26/2019 | $800.00 | 208780010263 |
| 10/02/2019 | $900.00 | 208780044220 | 12/02/2019 | $900.00 | 208780017710 | 01/23/2020 | $900.00 | 208767593386 |
| 01/27/2020 | $500.00 | 208780029524 | 02/03/2020 | $900.00 | 208767594860 | 02/05/2020 | $327.66 | 208934525635 |
| 02/21/2020 | $800.00 | 209416595740 | 03/13/2020 | $800.00 | 208934544841 | 04/14/2020 | $800.00 | 209416588942 |
| 05/18/2020 | $750.00 | 4840565 | 06/15/2020 | $800.00 | 4891237 | 07/14/2020 | $800.00 | 4891320 |

**Total Receipts for the Period: $15,800.66    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,378.66**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP<br>»»  002 | Unsecured Creditors | $550.27 | $0.00 | $550.27 |
| 1 | GENESIS FINANCIAL SOLUTIONS<br>»»  001 | Unsecured Creditors | $2,996.73 | $0.00 | $2,996.73 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»»  005 | Mortgage Arrears | $35,593.48 | $28,374.11 | $7,219.37 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PHILADELPHIA FEDERAL CREDIT U<br>»»  003 | Unsecured Creditors | $11,085.04 | $0.00 | $11,085.04 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»»  04U | Unsecured Creditors | $7,145.77 | $0.00 | $7,145.77 |
| 7 | YOUNG MARR  & ASSOCIATES<br>»»  007 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 16-15025-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,378.66 | Current Monthly Payment: | $740.24 |
| Paid to Claims: | $32,374.11 | Arrearages: | ($328.56) |
| Paid to Trustee: | $3,004.55 | Total Plan Base: | $43,993.06 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.