## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Michael Kates | : | Chapter 13 |
| | Debtor | : | Case No. 16-15025 |
| | Michael Kates | : | |
| | Movant/Debtor | : | |
| | | : | |
| | v. | : | |
| | | : | |
| | Nationstar Mortgage LLC | : | |
| | Respondent | : | |

### STIPULATION IN SETTLEMENT OF MOTION TO TURNOVER PROPERTY

Michael Kates ("Movant" and/or "Debtor") and Nationstar Mortgage, LLC

("Respondents"), by and through their respective counsel, hereby stipulate and agree as

follows:

1.     Debtor filed this Chapter 13 case on July 15, 2016.

2.     Debtor was advised that Respondent is holding a surplus of funds paid on the

account in escrow.

3.     Debtor has filed a Motion to Turnover Property, requesting an Order be entered

directing Respondent to release the escrow surplus funds to Debtor.

4.     Debtor desires to use a portion of the funds held by Respondent to satisfy the

balance of his Chapter 13 Plan.

5.     The parties have agreed to the following to resolve the Motion to Turnover

Property:

a.   Respondent is directed to release all surplus escrow funds to Debtor directly.

b. Debtor is directed to pay $3,114.30 to Scott Waterman, Trustee, to satisfy the balance of Debtor's confirmed Chapter 13 Plan.

c. Debtor is allowed to keep the remainder of any escrow surplus released to Debtor by Respondent.

d. If the Debtor fails to remit payment to the Chapter 13 Trustee as required by paragraph 5(b) within 10 days of receipt of payment, Respondent may certify Default of this Stipulation with the court and obtain immediate Relief from the Automatic Stay to reinstate foreclosure proceedings.

STIPULATED AND AGREED TO BY:

_____        6/8/21
Paul H. Young, Esquire                  _____
Attorney for Debtor                     Date
Young, Marr, Mallis & Deane
3554 Hulmeville Road, Suite 102
Bensalem PA  19020
215-639-5297


/s/ Kristen D. Little
_____        May 18, 2021
Kristen D. Little, Esquire              _____
Attorney for Respondent                 Date
LOGS Legal Group
3600 Horizon Drive, Suite 150
King of Prussia PA  19406
610-278-6800


_____        _____
Scott Waterman, Trustee                 Date