Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 16-15025-AMC

MICHAEL J. KATES  
1347 DOWNS PLACE  
PHILADELPHIA  PA    19116

Petition Filed Date: 07/15/2016  
341 Hearing Date: 09/30/2016  
Confirmation Date: 04/26/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | $900.00 | 208767593386 | 01/27/2020 | $500.00 | 208780029524 | 02/03/2020 | $900.00 | 208767594860 |
| 02/05/2020 | $327.66 | 208934525635 | 02/21/2020 | $800.00 | 209416595740 | 03/13/2020 | $800.00 | 208934544841 |
| 04/14/2020 | $800.00 | 209416588942 | 05/18/2020 | $750.00 | 4840565 | 06/15/2020 | $800.00 | 4891237 |
| 07/14/2020 | $800.00 | 4891320 | 08/19/2020 | $800.00 | 4891439 | 09/17/2020 | $800.00 | 4891495 |
| 10/21/2020 | $800.00 | 4921852 | 11/17/2020 | $800.00 | 4921712 | 12/15/2020 | $800.00 | 4921770 |
| 02/18/2021 | $750.00 | 4922103 | 03/22/2021 | $750.00 | 4922173 | | | |

**Total Receipts for the Period: $12,877.66    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $40,878.66**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $550.27 | $0.00 | $550.27 |
| 1 | GENESIS FINANCIAL SOLUTIONS<br>»» 001 | Unsecured Creditors | $2,996.73 | $0.00 | $2,996.73 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»» 005 | Mortgage Arrears | $35,593.48 | $33,441.11 | $2,152.37 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PHILADELPHIA FEDERAL CREDIT U<br>»» 003 | Unsecured Creditors | $11,085.04 | $0.00 | $11,085.04 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 04U | Unsecured Creditors | $7,145.77 | $0.00 | $7,145.77 |
| 7 | YOUNG MARR & ASSOCIATES<br>»» 007 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

Chapter 13 Case No. 16-15025-AMC

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,878.66 | Current Monthly Payment: | $740.24 |
| Paid to Claims: | $37,441.11 | Arrearages: | $153.34 |
| Paid to Trustee: | $3,437.55 | Total Plan Base: | $43,992.96 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.