Certificate Number: 03621-PAE-DE-035969180

Bankruptcy Case Number: 16-15025



03621-PAE-DE-035969180

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 29, 2021</u>, at <u>9:00</u> o'clock <u>PM EDT</u>, <u>Michael J Kates</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 6, 2021</u>         By:   <u>/s/Damaris Soto</u>

                                          Name: <u>Damaris Soto</u>

                                          Title: <u>Credit Counselor</u>