United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael J. Kates  
Debtor

Case No. 16-15025-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Sep 09, 2021 | Form ID: 138NEW | Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Kates, 1347 Downs Place, Philadelphia, PA 19116-1505 |
| cr | + | NATIONSTAR MORTGAGE LLC, c/o Kevin S. Frankel, Shapiro & DeNardo, LLC, 3600 Horizon Boulevard, Suite 150 King of Prussia, PA 19406-4702 |
| 13760381 | | Capital Collection Svc, 300 N Route 73, West Berlin, NJ 08091 |
| 13760385 | + | Central Finl Control, Po Box 660873, Dallas, TX 75266-0873 |
| 13760390 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 13760392 | + | Medical Data Systems I, 1535 Cogswell St Ste B8, Rockledge, FL 32955-2739 |
| 13794041 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 13760394 | + | Ocwen Loan Servicing L, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 13760395 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13760399 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 13970053 | + | Toyota Motor Credit Corp., c/o Matteo S. Weiner, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 14342560 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13791909 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13760400 | + | Toyota Mtr, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 09 2021 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 09 2021 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 09 2021 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13760384 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 23:37:10 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13846115 | | Email/Text: megan.harper@phila.gov | Sep 09 2021 23:31:00 | Water Revenue Bureau, LAW DEPARTMENT TAX UNIT, Municipal Services Bldg., 1401 JOHN F. KENNEDY BLVD., Rm. 580, PHILADELPHIA, PA 19102-1595 |
| 13760380 | + | Email/Text: bankruptcy@cavps.com | Sep 09 2021 23:31:00 | Calvary Portfolio Services, Po Box 27288, Tempe, AZ 85285-7288 |
| 13760379 | + | Email/Text: bankruptcy@cavps.com | Sep 09 2021 23:31:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: 138NEW | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Valhalla, NY 10595-2321 |
| 13760382 | + | Email/Text: clientrep@capitalcollects.com | Sep 09 2021 23:31:00 | Capital Collection Svc, Po Box 150, West Berlin, NJ 08091-0150 |
| 13760383 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 23:37:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13767982 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 23:37:10 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13760386 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2021 23:37:06 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13760387 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2021 23:37:03 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13760388 | + | Email/Text: bknotice@ercbpo.com | Sep 09 2021 23:31:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13760389 | + | Email/Text: bknotice@ercbpo.com | Sep 09 2021 23:31:00 | Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13760393 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2021 23:31:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13760398 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2021 23:37:03 | Pinnacle Credit Service, Po Box 640, Hopkins, MN 55343-0640 |
| 13760397 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2021 23:37:12 | Pinnacle Credit Service, Attn: Bankruptcy, Po Box 640, Hopkins, MN 55343-0640 |
| 13762505 | | Email/Text: bnc-quantum@quantum3group.com | Sep 09 2021 23:31:00 | Quantum3 Group LLC as agent for, Genesis Consumer Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13760401 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 09 2021 23:31:00 | Transworld Sys Inc/09, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 13760402 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 09 2021 23:37:11 | U.S. Department of Housing and Urban Dev, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13760396 | *+ | Philadelphia Fed Cr Un, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 13760391 | ##+ | Interstate Credit & Co, 21 W Fornance St, Norristown, PA 19401-3300 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:**

**Name**  **Email Address**

CAMERON DEANE
    on behalf of Debtor Michael J. Kates cdeane@ymalaw.com
    ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

KEVIN S. FRANKEL
    on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com klittle@logs.com;logsecf@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com klittle@logs.com;logsecf@logs.com

MARIO J. HANYON
    on behalf of Creditor Toyota Motor Credit Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

PAUL H. YOUNG
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

PAUL H. YOUNG
    on behalf of Debtor Michael J. Kates support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael J. Kates

       Debtor(s)                                        Bankruptcy No: 16−15025−amc

                                                            Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                      900 Market Street
                                              Suite 400
                                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                         For The Court
                                                                        Timothy B. McGrath
                                                                         Clerk of Court

Dated: 9/9/21

                                                                                                                     112 − 108
                                                                                                                  Form 138_new